# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * |
| Plaintiff, | * * |
| vs. | * CV 113-098 |
| T-MOBILE USA, INC., | * * * |
| Defendant. | * |

## O R D E R

On October 2, 2014, the parties filed a "Stipulation of Dismissal Without Prejudice," indicating that they agree to a dismissal of the captioned matter. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff's claims against Defendant are **DISMISSED**. The Clerk is directed to **TERMINATE** all pending motions and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of October, 2014.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia